IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ASHTYN WILLIAMS, as the Personal Administrator of the ESTATE OF MALCOLM WILLIAMS, | )<br>)<br>)<br>) 4:21-cv-00068-TWP-DML |
| *Plaintiff*, | )<br>) |
| v. | )<br>) |
| CLAY BOLEY, and AS-YET UNIDENTIFIED OFFICERS from the INDIANA STATE POLICE, | )<br>) JURY TRIAL DEMANDED<br>)<br>) |
| *Defendants*. | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY DAVID B. OWENS**

Steve Art of the law firm Loevy & Loevy, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting David B. Owens of Loevy & Loevy, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Ashtyn Williams, as the Personal Administrator of the Estate of Malcolm Williams in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of David B. Owens, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting David B. Owens leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 12, 2021

Respectfully submitted,

/s/ Steve Art
Steve Art
Loevy & Loevy
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
steve@loevy.com
*One of Plaintiff's Attorneys*

**CERTIFICATE OF SERVICE**

I, Steve Art, hereby certify that on May 12, 2021, I served a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney David B. Owens to all counsel of record via the Court's CM/ECF system.

/s/ Steve Art
Steve Art

Loevy & Loevy
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
steve@loevy.com