# Exhibit A

## Certification of David B. Owens
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Steve Art of the law firm Loevy & Loevy, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.    I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

> State of Illinois (Admitted 5/8/2013, Bar No. 6311285)
> State of California (Admitted 2011, Bar No. 275030)
> State of Washington (Admitted 2018, Bar No. 53856)
> Northern District of Illinois (Admitted 10/10/2012)
> Northern District of Indiana (Admitted 1/11/2013)
> Northern District of Ohio (Admitted 1/25/2015)
> Northern District of California (Admitted 11/4/2014)
> Central District of California (Admitted 1/14/2016)
> Eastern District of Wisconsin (Admitted 6/23/2017)
> Western District of Wisconsin (Admitted 8/7/2015)
> Southern District of Texas (Admitted 11/23/2015)
> District of Nevada (Admitted 8/30/2016)
> Southern District of Mississippi (Admitted 8/18/2017)
> Western District of Washington (Admitted 9/5/2018)
> 5th Circuit Court of Appeals (Admitted 10/30/2018)
> 6th Circuit Court of Appeals (Admitted 5/7/2018)
> 7th Circuit Court of Appeals (Admitted 5/11/2011)
> 8th Circuit Court of Appeals (Admitted 4/27/2018)
> 9th Circuit Court of Appeals (Admitted 9/26/2018)

2.    I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any

such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: May 12, 2021

Respectfully submitted,

_____
David B. Owens
Loevy & Loevy
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
david@loevy.com