# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| ASHTYN WILLIAMS, as the Personal Administrator of the ESTATE OF MALCOLM WILLIAMS, | ) ) ) ) | |
| | ) | 4:21-cv-00068-TWP-DML |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| CLAY BOLEY, and AS-YET UNIDENTIFIED OFFICERS from the INDIANA STATE POLICE, | ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Steve Art of the law firm Loevy & Loevv, seeking an Order granting David B. Owens of the law firm Loevy & Loevv**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, as the Ashtyn Williams, Personal Administrator of the Estate of Malcolm Williams in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**David B. Owens**
**Loevy & Loevy**
**311 N. Aberdeen St., 3rd floor**
**Chicago, IL 60607**
**T: (312) 243-5900**
**F: (312) 243-5902**
**david@loevy.com**

Dated: _____  	_____
  	Hon. Tanya Walton Pratt
  	United States District Court
  	Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail
**David B. Owens**
**Loevy & Loevy**
**311 N. Aberdeen St., 3rd floor**
**Chicago, IL 60607**
**T: (312) 243-5900**
**F: (312) 243-5902**
**david@loevy.com**