UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| ASHTYN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00068-RLM-KMB |
| | ) | |
| CLAY BOLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER SETTING STATUS CONFERENCE

This case is set for a telephonic status conference on **January 31, 2023, at 1:00 p.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 1/17/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email