# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| ASHTYN WILLIAMS, as the Personal Administrator of the ESTATE OF MALCOLM WILLIAMS, | ) ) ) ) | **Acknowledged** TWP September 5, 2023 |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:21-cv-00068-TWP-KMB |
| CLAY BOLEY, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Date: September 4, 2023                                              Respectfully submitted,

/s/ Gustavo A. Jimenez                                               /s/ David Owens
Gustavo A. Jimenez                                                   David Owens
Deputy Attorneys General                                             Mark Loevy-Reyes
Attorney No. 35866-53                                                Loevy & Loevy
Office of the Indiana Attorney General                               311 N. Aberdeen St. 3rd Floor
Indiana Gov't Center South, 5th Floor                                Chicago, IL 60607
302 West Washington Street                                           Telephone: 312-243-5900
Indianapolis, IN  46204                                              Email: david@loevy.com
Telephone: (317) 234-2623                                            Email: mark@loevy.com
Fax: (317) 232-7979                                                  *Counsel for Plaintiff*
Email: Gustavo.Jimenez@atg.in.gov
*Counsel for Defendant*